**STATE v. PARTRIDGE**

[357 N.C. 572 (2003)]

STATE OF NORTH CAROLINA v. STEVEN LAMAR PARTRIDGE

No. 269PA03

(Filed 7 November 2003)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 157 N.C. App. 568, 579 S.E.2d 398 (2003), vacating a judgment entered 12 June 2002 by Judge Robert P. Johnston, in Superior Court, Mecklenburg County, and remanding for imposition of a new judgment and sentencing. Heard in the Supreme Court 16 October 2003.

*Roy Cooper, Attorney General, by William P. Hart, Special Deputy Attorney General, for the State-appellant.*

*William B. Gibson for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.